Rowe & Rowe and W. W. Sanders, all of Elba, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. There were no exceptions reserved during the trial. After conviction, motion for new trial was made on the sole ground that the evidence was not sufficient to support the verdict. This motion was overruled, and this ruling is assigned as error. The facts in this case are unusual, but we cannot say, from this record, there is no evidence tending to support the theory of the state that the defendant aided and abetted Horace Rowell in forcibly ravishing Eunice Bassett. More than 2,500 years ago a wiser man than the writer has said: "There are three things which are too wonderful for me, yea, four which I know not: The way of an eagle in the air, the way of a serpent upon a rock, the way of a ship in the midst of the sea, and the way of a man with a maid." The juries had the parties before them, they heard the testimony, there are tendencies of the evidence to support the verdict, and we must affirm the judgment. Affirmed.

(95 South. 924]

HUGHES v. STATE. (4 Div. 858.) (Court of Appeals of Alabama. Jan. 30, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge.

SAMFORD, J. Affirmed.

(97 South. 924)

Perry HULLETT and Elmer Murphree v. STATE. (6 Div. 302.) (Court of Appeals of Alabama. June 26, 1923.) Appeal from Circuit Court, Blount County; O. A. Steele, Judge. Petition of Perry Hullett and Elmer Murphree for habeas corpus. From a judgment denying the writ, petitioners appeal. Reversed and remanded, with directions. Russell & Johnson, of Oneonta, for appellants. All persons shall, before conviction, be bailable as a matter of right, except for capital offenses, when the proof is evident or the presumption is great. Const. 1901, § 16; Franks v. State, 11 Ala. App. 70, 65 South. 857; Ex parte Croom, 19 Ala. 561; Ex parte Bonner, 100 Ala. 114, 14 South. 648. It is only necessary that the defendant offer enough testimony to generate a reasonable doubt of his guilt in order to receive his discharge. Miller v. State, 107 Ala. 40, 19 South. 37; Keith v. State, 97 Ala. 32, 11 South. 914. Harwell G. Davis, Atty. Gen. for the State. No brief reached the Reporter.

FOSTER, J. Petition was filed by Perry Hullett and Elmer Murphree before Hon. O. A. Steele, judge of the circuit court for Blount county, for the writ of habeas corpus, on a charge of first degree murder, pending on affidavit and warrant, before indictment. The petition was denied, and petitioners appeal. We have carefully read the evidence, and hold that the petitioners were not entitled to their discharge; but it clearly appears from the evidence that they were entitled to bail. The petition is granted, the judgment of the lower court is reversed, and the cause remanded, with directions that the petitioners be admitted to bail in such reasonable amount as the circuit judge may determine.

(95 South. 925)

HUNTER et al. v. HARRIS. (4 Div. 798.) (Court of Appeals of Alabama. Jan. 18, 1923.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge. F. M. Gaines, of Dothan, for appellants. Lee & Tompkins, of Dothan, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(95 South. 925)

HUNTER v. STATE. (7 Div. 803.) (Court of Appeals of Alabama. Jan. 16, 1923.) Appeal from Circuit Court, Shelby County; W. L. Longshore, Judge.

SAMFORD, J. Appeal dismissed.

(99 South. 926)

Louie HUSKEY v. STATE. (8 Div. 75.) (Court of Appeals of Alabama. Feb. 12, 1924.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge. Murder in the second degree.

SAMFORD, J. Appeal dismissed.

(96 South. 941)

HYCHE v. STATE. (6 Div. 169.) (Court of Appeals of Alabama. May 15, 1923.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

BRICKEN, P. J. Abated on account of death of appellant.

(94 South. 925)

IVORY v. STATE. (6 Div. 110.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge. Percy G. Gellert, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed by appellant.

(94 South. 925)

JACKSON v. STATE. (1 Div. 475.) (Court of Appeals of Alabama. Nov. 21, 1922.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

BRICKEN, P. J. Appeal dismissed.

(95 South. 925)

JACKSON COUNTY GROCERY CO. v. GAY. (8 Div. 4.) (Court of Appeals of Alabama. Feb. 1, 1923.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(95 South. 925)

JACOBS v. STATE. (8 Div. 21.) (Court of Appeals of Alabama. March 6, 1923.) Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge. Betts & Richardson, of Huntsville, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Affirmed.